# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD-41 | E2337784 | Albritton | 2142 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☑ State Code | |
|---|---|---|
| 11-25-2024  0509 Hours | 18 USC SEC. 13  16 303 C | |

**Place of Offense**
VCP 1 @ Canine Rd.

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Person driving motor veh. on suspended lic. and privel privilge

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Jallon | Mohamed | B |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 5GC3152 | MD | 17 | Lincoln MKC | | black |

**APPEARANCE IS REQUIRED**
☑ A  If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
☐ B  If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TBD
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signed]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **November 25**, 20**24** while exercising my duties as a law enforcement officer in the **Northern** District of **FGGM**.

See CC#W2024330001

The foregoing statement is based upon:
☐ my personal observation
☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/25/2024   [Officer's Signature]
             Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident